UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHANEL TAYLOR                    )
*by her next friend*             )
*Morline Patton Taylor*          )
                                 )
        Plaintiff,               )
                                 )
v.                               )     No. 4:11-cv-01351-CAS
                                 )
**CHIEF DANIEL ISOM, et al.,**   )
                                 )
        Defendants.              )

## DEFENDANTS' STIPULATION OF THE FACTS

1.   On or about September 28, 2010 Plaintiff Chanel Taylor alleges she observed what she defined as police brutality.

2.   As a result, Plaintiff approached the officers and the individual being arrested and had a confrontation with the officers.

3.   Additional officers were dispatched and showed up to the scene.

4.   The original officer ordered the arriving officers to arrest Plaintiff.

5.   Plaintiff was arrested for interfering with a police officer.

6.   Plaintiff sustained a broken arm during her arrest.

7.   Plaintiff alleges excessive force was used against her, that she was wrongfully arrested and that there was a conspiracy among the defendants.

8.     Defendants deny these allegations of excessive force, wrongful arrest and conspiracy.

Respectfully submitted,

CHRIS KOSTER
Missouri Attorney General


/s/Dana Walker Tucker
Dana Walker Tucker
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63101
(314) 340-7652 telephone
(314) 340-7891 facsimile
Dana.tucker@ago.mo.gov
*Attorney for defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy was made available electronically to the following electronic filing participants.  A courtesy copy of the forgoing was also hand delivered to the chambers of Judge C. Shaw.


Larry S. Fields
FIELDS AND ASSOCIATES LLC.
401 S. 18th Street, Ste 425
St. Louis, MO. 63103
314-241-3535 Telephone
314-241-3536 Facsimile
Lsf19@msn.com
*Attorney for Plaintiff*


                                                  /s/ Dana W. Tucker