UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **CHANEL TAYLOR**, | ) |
| | ) |
| Next Friend:  Morline Patton Taylor | ) |
| 8509 Riverview BLVD. | ) |
| St. Louis, MO. 63147 | ) |
| | )   Case No. 4:11-CV-01351 CAS |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   **JURY TRIAL DEMANDED** |
| | ) |
| | ) |
| | ) |
| **CHIEF OF POLICE DANIEL ISOM** | ) |
| **et al.** | ) |
| | ) |
| **Defendant.** | ) |

## PARTIES  JOINT STIPULATION OF UNCONTESTED FACTS

1. On or about September 28, 2010 Plaintiff Chanel Taylor alleges she observed what she defined as police brutality.

2. Plaintiff Chanel Taylor sustained a broken arm during her arrest.


Respectfully submitted,

Fields and Associates LLC.


/s/Larry S. Fields
Larry S. Fields 58044
401 S. 18th Street
Suite 425
St. Louis, Mo. 63103
(314) 241-3535

1

CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2013, I sent via Clerk of the U.S. District Court for the Eastern District of Missouri's Electronic Filing system, a true and exact copy of the foregoing to all Defendants of record and a courtesy copy to Honorable Judge Charles A. Shaw's Chambers.

                                                          S/Larry S. Fields