UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **CHANEL TAYLOR** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11-cv-01351-CAS |
| ) | |
| **CHIEF DANIEL ISOM, et al.,** ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Come Now Plaintiff, Chanel Taylor and dismisses the above reference matter with prejudice.

Respectfully submitted,

/s/ *Larry S. Fields*
Larry S. Fields 58044
FIELDS AND ASSOCIATES LLC.
401 S. 18th Street, Ste 425
St. Louis, MO. 63103
314-241-3535 Telephone
314-241-3536 Facsimile
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy was made available electronically to the following electronic filing participants:


Dana Walker Tucker
Office of the Missouri Attorney General
P. O. Box 861
St. Louis, Missouri  63188
Telephone:     314.340.7652
Facsimile:     314.340.7891
Dana.Tucker@ago.mo.gov
*Attorney for Defendants*


                                         /s/ Larry S. Fields

Case: 4:11-cv-01351-CAS   Doc. #:  96   Filed: 07/02/13   Page: 3 of 3 PageID #: 734